Court of Chancery—Bennett v. Orchard.

JAMES P. BENNETT, complainant,

*v.*

EMMA E. ORCHARD, defendant.

[Decided September 23d, 1926.]

A mortgage executed by a married woman on her separate estate without her husband joining is ineffective as a lien, but equity will declare it a lien if it was given to secure a debt contracted by her on the credit of her estate.

*Mr. Simon M. Seley,* for the complainant.

*Mr. Wiliam V. Azzoli,* for the defendant.

BACKES, V. C.

The bill is in the usual form, to foreclose a mortgage by a married woman in which her husband did not join. The document is ineffective as a mortgage lien and incapable of foreclosure. *Really Title and Mortgage Co.* v. *Schaaf, 81 N. J. Eq. 115.*

The mortgage was given to secure a pre-existing debt, and does not come within the principle of the cited cases that a lien will be declared and enforced against the separate estate of a married woman for a debt contracted by her on the credit of her estate, and which she intended to charge therewith by the mortgage sought to be foreclosed.

Bill dismissed.